No. 84–575.   OAK BEACH INN CORP. ET AL. *v.* BABYLON BEACON, INC., DBA BABYLON BEACON NEWSPAPER, ET AL.   Ct.

App. N. Y.   Certiorari denied.